# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 0 6 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

VICTOR OGUNNIYI,

    Plaintiff,

vs.

US NAVY, VADM W. J. GALINIS

Defendants

Case Number: 22 CV 32 TWR MDD

COMPLAINTS:

- BREACH OF CONTRACT

**REQUESTED FOR JURY TRIAL**

### DECLARATION OF PROOF OF SERVICE: DEFAULT

Please find attached our duely executed Proof of Service on the Defendant (2 pages)

---

- 1 -
**DECLARATION OF PROOF OF SERVICE OF MOTION FOR COURT RULING - DEFAULT JUDGMENT**

DATED: April 06, 2022

Respectfully Submitted:

*[signature]*

VICTOR OGUNNIYI
M. Sc Eng; AMASCE; MNSE; COREN;
MJF/CommSolGlobal LLC

In Pro Se

1102 Sea Reef Drive
San Diego, CA 92154
Tel No: (985)-705-9275

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of California

Victor Ogunniyi

    Plaintiff(s),

vs.

US Navy, VADM W.J. Galinis

    Defendant(s).

Attorney: NONE

Victor Ogunniyi
1102 Sea Reef Dr.
San Diego CA 92154


*276797*

**Case Number: 22CV32-TWR-MDD**

Legal documents received by Same Day Process Service, Inc. on **03/31/2022** at **1:17 PM** to be served upon **US Navy**, at **720 Kennon St., SE, Bldg 36, RM 233, Washington Navy Yard, DC, 20374**

I, **Daniela Nunez**, swear and affirm that on **April 01, 2022** at **11:56 AM**, I did the following:

Served **US Navy, a government agency** by delivering a conformed copy of this **Notice of Motion - Request for Entry of Judgment by Default; Notice of Motion - Memorandum; Exhibits** to **Renata Witcher** as Legal Technician & Authorized Agent at **720 Kennon St., SE, Bldg 36, RM 233 , Washington Navy Yard, DC 20374** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 55  Height: 5ft0in-5ft4in  Weight: 131-160 lbs  Skin Color: Light Brown  Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Daniela Nunez* (signature)

Daniela Nunez
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:276797



## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of California

Victor Ogunniyi

    Plaintiff(s),

vs.

US Navy, VADM W.J. Galinis

    Defendant(s).

Attorney: NONE

Victor Ogunniyi
1102 Sea Reef Dr.
San Diego CA 92154


*276798*

**Case Number: 22CV32-TWR-MDD**

Legal documents received by Same Day Process Service, Inc. on **03/31/2022** at **1:19 PM** to be served upon **VADM W.J. Galinis**, at **720 Kennon St., SE, Bldg 36, RM 233, Washington Navy Yard, DC, 20374**

I, **Daniela Nunez**, swear and affirm that on **April 01, 2022** at **11:56 AM**, I did the following:

Served **VADM W.J. Galinis, a government agency** by delivering a conformed copy of this **Notice of Motion - Request for Entry of Judgment by Default; Notice of Motion - Memorandum; Exhibits** to Renata Witcher as **Legal Technician & Authorized Agent at 720 Kennon St., SE, Bldg 36, RM 233, Washington Navy Yard, DC 20374** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: Light Brown Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Daniela Nunez
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:276798

